UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATE OF AMERICA,

        Plaintiff,

Case Number: 07-12407

Honorable: Patrick J. Duggan

VS.

Claim Number: 1999A20346

BRIAN T. FITZGERALD,

        Defendant,
_____/
CHARLES J. HOLZMAN (P35625)
TAMARA PEARSON (P56265)
Holzman Corkery, PLLC.
28366 Franklin Road
Southfield, MI 48034
(248) 352-4340
_____/

**ORDER FOR WAGE ASSIGNMENT**

At a session of said Court, held in the City of Detroit,
Wayne County Michigan on August 4, 2010.
Present: HONORABLE PATRICK J. DUGGAN
U.S. District Court Judge

    In accordance with the Stipulation of the parties: It is hereby ordered that ROCHESTER YOUTH SOCCER LEGAGUE deduct the sum of $75.00 per pay from the wages of said defendant, BRIAN T. FITZGERALD social security number: XXX-XX-9625 and transmit such sum to:

        **U.S. Department of Justice**
        **NCIF**
        **P.O. Box 70932**
        **Charlotte, NC 28272-0932**

    **Please include account number 1999A20346.**

This wage assignment is to remain in effect until the balance of **$10,789.05 plus accruing interest** is satisfied. The office of HOLZMAN CORKERY, PLLC., Attorney for UNITED STATES OF AMERICA will notify ROCHESTER YOUTH SOCCER LEAGUE when the remaining balance is less than $100.00 so that no overpayment is created.

A copy of this order is to be served upon ROCHESTER YOUTH SOCCER LEAGUE Payroll Department.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: August 4, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 4, 2010, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager