UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATE OF AMERICA,

    Plaintiff,

Case Number: 07-12407

Honorable: Patrick J. Duggan

VS.

Claim Number: 1999A20346

BRIAN FITZGERALD,

    Defendant,
_____/

## ORDER FOR WAGE ASSIGNMENT

In accordance with the Stipulation of the parties: It is hereby ordered that JOHNY MAC'S SPORTING GOODS STORES, INC., deduct the sum of $37.50 per bi-weekly from the wages of said defendant, BRIAN FITZGERALD social security number: XX-XX-9625 and transmit such sum to:

  **U.S. Department of Justice**
  **NCIF**
  **P.O. Box 790363**
  **St. Louis, MO  63179-0363**

  **Please include account number 1999A20346.**

This wage assignment is to remain in effect until the balance of **$11,657.69 plus accruing interest** is satisfied.  In the event that BRIAN FITZGERALD is not receiving wages from employment at the JOHNNY MAC'S SPORTING GOOD STORES, INC.,

for any reason, BRIAN FITZGERALD shall continue to make the payments set forth in the Stipulation for Wage Assignment. The office of HOLZMAN CORKERY, PLLC., Attorney for UNITED STATES OF AMERICA will notify JOHNNY MAC'S SPORTING GOOD STORES, INC., when the remaining balance is less than $100.00 so that no overpayment is created. A copy of this order is to be served upon JOHNNY MAC'S SPORTING GOOD STORES, INC., Payroll Department by Holzman Corkery, PLLC, attorney for Plaintiff.

**SO ORDERED.**

S/Stephen J. Murphy, III
Stephen J. Murphy, III
United States District Judge

Dated: March 4, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 4, 2016, by electronic and/or ordinary mail.

S/Carol Cohron
Case Manager